TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
   malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
   laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff John Candido

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CANDIDO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, HERSHEY CANADA, INC., MARS, INC., MASTERFOODS USA, INC., MARS CANADA, INC., NESTLE S.A., NESTLE U.S.A., INC., ITWAL, LTD., and CADBURY SCHWEPPES PLC,<br><br>Defendants. | Case No. 08-cv-0543 BZ<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff John Candido ("Plaintiff"), by and through his counsel of record, hereby submits this Stipulation Re Extension of Time for Defendants to Respond to Complaint.

WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about January 24, 2008;

WHEREAS Plaintiff alleges price fixing of chocolate;

WHEREAS forty complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of Chocolate

1  (collectively, "the Chocolate Cases");

2  WHEREAS several motions are pending before the Judicial Panel on Multidistrict
3  Litigation to transfer the Chocolate Cases for coordinated and consolidated pretrial proceedings
4  pursuant to 28 U.S.C. Section 1407, and Plaintiff and defendants The Hershey Company, Mars,
5  Incorporated, Masterfoods USA, Inc., and Nestle U.S.A., Inc. (collectively, "the Chocolate
6  Companies") anticipate that additional responses will be filed;

7  WHEREAS Plaintiff anticipates the possibility of Consolidated Amended Complaints in
8  the Chocolate Cases;

9  WHEREAS Plaintiff and the Chocolate Companies have agreed that an orderly schedule
10  for any response to the pleadings in the Chocolate Cases would be more efficient for the parties
11  and for the Court;

12  WHEREAS no prior extensions have been granted; and

13  THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR
14  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

15  1.  The deadline for the Chocolate Companies to answer, move, or otherwise respond to
16  Plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five
17  days after the filing of a Consolidated Amended Complaint in the Chocolate Cases; or (2) forty-
18  five days after Plaintiff provides written notice to the Chocolate Companies that Plaintiff does
19  not intend to file a Consolidated Amended Complaint, provided however, that in the event that
20  the Chocolate Companies should agree or be ordered to respond prior to that date in any
21  Chocolate case, the Chocolate Companies will respond to the Complaint in the above-captioned
22  case on that earlier date.

23  2.  The defense counsel identified below shall accept service of the Complaint filed in this
24  case, including any amended or consolidated complaint, on behalf of the domestic entities that
25  they represent.  Defendants shall not contest the sufficiency of process or service of process;
26  provided, however, that by entering into this Stipulation no Defendant waives any other defense,
27  including but not limited to the defense of lack of personal or subject matter jurisdiction,

28

1  improper venue, or service of an improper entity.

2  3.    The Plaintiff will not seek discovery until the Judicial Panel on Multidistrict Litigation
3  rules on the pending motions to transfer and the transferee district enters a case management
4  order, provided, however, that in the event that the Chocolate Companies should agree or be
5  ordered to provide discovery in any Chocolate case before that date, the Chocolate Companies
6  will simultaneously provide the same discovery to the Plaintiff in the above-captioned action.

7  4.    This extension is available, without further stipulation with counsel for plaintiff, to all
8  named defendants.

10  IT IS SO STIPULATED.

12  Based on the above Stipulation, Plaintiff requests that the Court enter the proposed order
13  attached hereto.

15  Respectfully Submitted,

16  Dated: February 6, 2008                TRUMP ALIOTO TRUMP & PRESCOTT LLP

17                                         By:    /s/ Lauren C. Russell

18                                         TRUMP ALIOTO TRUMP & PRESCOTT LLP
19                                         Mario N. Alioto, Esq. (56433)
                                           Lauren C. Russell, Esq. (241151)
20                                         2280 Union Street
                                           San Francisco, CA 94123
21                                         Telephone: (415) 563-7200
                                           Facsimile: (415) 346-0679
22                                         malioto@tatp.com
                                           laurenrussell@tatp.com
23
24                                         *Counsel for Plaintiff John Candido*

-3-
STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 06-CV-0543 BZ

Dated: February 6, 2008

By: ___/s/ David Marx, Jr._____

David Marx, Jr.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois
Telephone: (312) 984-7668
Fax: (312) 984-7700

*Attorney for Mars, Incorporated and Masterfoods USA, Inc.*


By: _____/s/ Thomas D. Yannucci_____

Thomas D. Yannucci, P.C..
Kirkland & Ellis LLC
655 Fifteenth Street
Washington, DC 20005-5793
Telephone: (202) 879-5000
Fax: (202) 879-5200

*Attorney for The Hershey Company*


By: _____/s/ Roxann E. Henry_____

Roxann E. Henry
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-6503
Fax: (202) 383-6610

*Attorney for Nestle U.S.A., Inc.*

TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
   malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
   laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff John Candido

Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CANDIDO, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>THE HERSHEY COMPANY, HERSHEY CANADA, INC., MARS, INC., MASTERFOODS USA, INC., MARS CANADA, INC., NESTLE S.A., NESTLE U.S.A., INC., ITWAL, LTD., and CADBURY SCHWEPPES PLC,<br><br>       Defendants. | Case No. 08-cv-0543 BZ<br><br>**[PROPOSED] ORDER** |

PURSUANT TO THE STIPULATION ATTACHED HERETO, IT IS SO ORDERED.

Dated: _____     _____
                                                                   Honorable Bernard Zimmerman

STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 06-CV-0543

WDC99 1526063-1.002227.0102