TRUMP ALIOTO TRUMP & PRESCOTT LLP
Mario N. Alioto, Esq. (SBN 56433)
    malioto@tatp.com
Lauren C. Russell, Esq. (SBN 241151)
    laurenrussell@tatp.com
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff John Candido

Additional Counsel on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CANDIDO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, HERSHEY CANADA, INC., MARS, INC., MASTERFOODS USA, INC., MARS CANADA, INC., NESTLE S.A., NESTLE U.S.A., INC., ITWAL, LTD., and CADBURY SCHWEPPES PLC,<br><br>Defendants. | Case No. 08-cv-0543 BZ<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff John Candido ("Plaintiff"), by and through his counsel of record, hereby submits this Stipulation Re Extension of Time for Defendants to Respond to Complaint.

WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about January 24, 2008;

WHEREAS Plaintiff alleges price fixing of chocolate;

WHEREAS forty complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of Chocolate

1   (collectively, "the Chocolate Cases");

2         WHEREAS several motions are pending before the Judicial Panel on Multidistrict

3   Litigation to transfer the Chocolate Cases for coordinated and consolidated pretrial proceedings

4   pursuant to 28 U.S.C. Section 1407, and Plaintiff and defendants The Hershey Company, Mars,

5   Incorporated, Masterfoods USA, Inc., and Nestle U.S.A., Inc. (collectively, "the Chocolate

6   Companies") anticipate that additional responses will be filed;

7         WHEREAS Plaintiff anticipates the possibility of Consolidated Amended Complaints in

8   the Chocolate Cases;

9         WHEREAS Plaintiff and the Chocolate Companies have agreed that an orderly schedule

10  for any response to the pleadings in the Chocolate Cases would be more efficient for the parties

11  and for the Court;

12        WHEREAS no prior extensions have been granted; and

13        THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR

14  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

15  1.    The deadline for the Chocolate Companies to answer, move, or otherwise respond to

16  Plaintiff's Complaint shall be extended until the earliest of the following dates:  (1) forty-five

17  days after the filing of a Consolidated Amended Complaint in the Chocolate Cases; or (2) forty-

18  five days after Plaintiff provides written notice to the Chocolate Companies that Plaintiff does

19  not intend to file a Consolidated Amended Complaint, provided however, that in the event that

20  the Chocolate Companies should agree or be ordered to respond prior to that date in any

21  Chocolate case, the Chocolate Companies will respond to the Complaint in the above-captioned

22  case on that earlier date.

23  2.    The defense counsel identified below shall accept service of the Complaint filed in this

24  case, including any amended or consolidated complaint, on behalf of the domestic entities that

25  they represent.  Defendants shall not contest the sufficiency of process or service of process;

26  provided, however, that by entering into this Stipulation no Defendant waives any other defense,

27  including but not limited to the defense of lack of personal or subject matter jurisdiction,

28

1    improper venue, or service of an improper entity.

2    3.       The Plaintiff will not seek discovery until the Judicial Panel on Multidistrict Litigation

3    rules on the pending motions to transfer and the transferee district enters a case management

4    order, provided, however, that in the event that the Chocolate Companies should agree or be

5    ordered to provide discovery in any Chocolate case before that date, the Chocolate Companies

6    will simultaneously provide the same discovery to the Plaintiff in the above-captioned action.

7    4.       This extension is available, without further stipulation with counsel for plaintiff, to all

8    named defendants.

9

10   IT IS SO STIPULATED.

11

12       Based on the above Stipulation, Plaintiff requests that the Court enter the proposed order

13   attached hereto.

14

15   Respectfully Submitted,

16   Dated: February 6, 2008                    TRUMP ALIOTO TRUMP & PRESCOTT LLP

17                                              By:      /s/ Lauren C. Russell

18                                              TRUMP ALIOTO TRUMP & PRESCOTT LLP
19                                              Mario N. Alioto, Esq. (56433)
                                                Lauren C. Russell, Esq. (241151)
20                                              2280 Union Street
                                                San Francisco, CA 94123
21                                              Telephone: (415) 563-7200
                                                Facsimile: (415) 346-0679
22                                              malioto@tatp.com
                                                laurenrussell@tatp.com
23
24                                              *Counsel for Plaintiff John Candido*

25

26

27

28

1    Dated: February 6, 2008

2                                        By: ____/s/ David Marx, Jr._____

3                                        David Marx, Jr.
                                         McDermott Will & Emery LLP
4                                        227 West Monroe Street
                                         Chicago, Illinois
                                         Telephone: (312) 984-7668
5                                        Fax: (312) 984-7700

6                                        *Attorney for Mars, Incorporated and*
                                         *Masterfoods USA, Inc.*
7

8                                        By: _____/s/ Thomas D. Yannucci_____

9                                        Thomas D. Yannucci, P.C..
                                         Kirkland & Ellis LLC
10                                       655 Fifteenth Street
                                         Washington, DC 20005-5793
11                                       Telephone:  (202) 879-5000
                                         Fax: (202) 879-5200
12
                                         *Attorney for The Hershey Company*
13

14
                                         By: _____/s/ Roxann E. Henry_____
15
                                         Roxann E. Henry
16                                       Howrey LLP
                                         1299 Pennsylvania Avenue, N.W.
17                                       Washington, DC 20004
                                         Telephone: (202) 383-6503
18                                       Fax: (202) 383-6610

19                                       *Attorney for Nestle U.S.A., Inc.*

20

21

22

23

24

25

26

27

28

-4-
STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 06-CV-0543 BZ

1  TRUMP ALIOTO TRUMP & PRESCOTT LLP
2  Mario N. Alioto, Esq. (SBN 56433)
       malioto@tatp.com
3  Lauren C. Russell, Esq. (SBN 241151)
       laurenrussell@tatp.com
4  2280 Union Street
   San Francisco, CA 94123
5  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
6
7  Attorneys for Plaintiff John Candido
8  Additional Counsel on Signature Page

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  JOHN CANDIDO, on behalf of himself and all others similarly situated, | Case No. 08-cv-0543 BZ |
| 12                          Plaintiff, | **[PROPOSED] ORDER** |
| 13          v. | |
| 14  THE HERSHEY COMPANY, HERSHEY CANADA, INC., MARS, INC., MASTERFOODS USA, INC., MARS CANADA, INC., NESTLE S.A., NESTLE U.S.A., INC., ITWAL, LTD., and CADBURY SCHWEPPES PLC, | |
| 17 | |
| 18                          Defendants. | |

19
20      PURSUANT TO THE STIPULATION ATTACHED HERETO, IT IS SO ORDERED.
21
22
23  Dated:   February 24, 2008 _____                    _____
24                                                          Honorable Bernard Zimmerman
25
26
27      STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
28              [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
                                                          Case No. 06-CV-0543

WDC99 1526063-1.002227.0102