# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 29, 2008

To:   Mario Nunzio Alioto
      Lauren Clare Russell
      Trump Alioto Trump & Prescott, LLP
      2280 Union Street
      San Francisco, CA 94123

      Joseph Marid Patane
      Law Office of Joseph M. Patane
      2280 Union Street
      San Francisco, CA 94123


      Re: John Candido v. The Hershey Company, et al. - C08-0543 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for May 5, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

              Sincerely,

              Richard W. Wieking, Clerk
              United States District Court


              By:   /s/ Lashanda Scott
                    Lashanda Scott
                    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd