UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CANDIDO, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

No. C 08-CV-0543 BZ

Plaintiff(s),

v.

THE HERSHEY COMPANY, ET AL.

Defendant(s).

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/29/2008

Signature _____

Counsel for Plaintiff John Candido
(Plaintiff, Defendant, or indicate "pro se")