UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Candido,                                              No. C08-0543 BZ

    Plaintiff(s).

    v.                                                      NOTICE OF IMPENDING
                                                            REASSIGNMENT TO A UNITED
                                                            <u>STATES DISTRICT COURT JUDGE</u>

The Hershey Company, et al.,

    Defendant(s).

_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **May 5, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: March 3, 2008

                                                         Richard W. Wieking, Clerk
                                                         United States District Court

                                                         *Lashanda Scott*
                                                         _____
                                                         By: Lashanda Scott - Deputy Clerk to
                                                         Magistrate Judge Bernard Zimmerman

reassign.DCT