Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 21 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION

MDL No. 1935

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: CHOCOLATE CONFECTIONARY**
**ANTITRUST LITIGATION**                                       MDL No. 1935


### SCHEDULE CTO-1 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  08-295        Marcy Linder v. The Hershey Co., et al.
  CAC  2  08-319        Molly Wagman v. The Hershey Co., et al.
  CAC  2  08-620        Eugenia Miceli v. The Hershey Co., et al.
  CAC  2  08-908        Jones Vend & OCS Distributing, Inc. v. Nestle USA, Inc., et al.
  CAC  2  08-1022       C.W. Brower, Inc. v. Nestle USA, Inc., et al.
  CAC  2  08-1079       Russell Traub v. Cadbury Adams Canada, Inc., et al.
  CAC  2  08-1338       Craig Stephenson v. The Hershey Co., et al.
  CAC  2  08-1341       Kevin Tierney v. The Hershey Co., et al.
  CAC  2  08-1859       Treat America Ltd. v. Nestle USA, Inc., et al.

CALIFORNIA NORTHERN
  CAN  3  08-543        John Candido v. The Hershey Co., et al.
  CAN  3  08-674        Lisa Blackwell v. The Hershey Co., et al.

MICHIGAN EASTERN
  MIE  2  08-10400      Edward S. Hesano v. The Hershey Co., et al.

NEW JERSEY
  NJ   2  08-257        D Controls, Inc. v. The Hershey Co., et al.
  NJ   2  08-258        Setih E. Ellis, P.A. v. The Hershey Co., et al.
  NJ   2  08-259        Marc Lavin, et al. v. The Hershey Co., et al.
  NJ   2  08-272        Jonathan Benjamin v. The Hershey Co., et al.
  NJ   2  08-274        Daphne Matelene v. The Hershey Co., et al.
  NJ   2  08-348        Daniel Klein v. The Hershey Co., et al.
  NJ   2  08-499        Ellen Widom v. The Hershey Co., et al.
  NJ   2  08-502        Adrianne Shienvold v. The Hershey Co., et al.
  NJ   2  08-631        Ben Lee Distributors, Inc. v. The Hershey Co., et al.
  NJ   2  08-634        Julia Isenhower v. The Hershey Co., et al.
  NJ   2  08-706        Isabelle Dikland v. The Hershey Co., et al.
  NJ   2  08-845        Thomas Rode v. The Hershey Co., et al.
  NJ   2  08-869        Royal Enterprises Corp. v. The Hershey Co., et al.
  NJ   2  08-941        Weaver Nut Co. v. The Hershey Co., et al.
  NJ   2  08-1003       Autry Greer & Sons, Inc., et al. v. The Hershey Co., et al.
  NJ   2  08-1537       Cindy Elan-Mangano v. The Hershey Co., et al.

**MDL No. 1935 - Schedule CTO-1 Tag Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|

**NEW YORK SOUTHERN**
NYS 1  08-910    NMJ Consultant Group, Inc. v. Cadbury Adams Canada, Inc., et al.
NYS 1  08-1205   Canteen Vending Co. v. Cadbury Adams Canada, Inc., et al.
~~NYS 1  08-1548~~   ~~The Candy Jar, Inc. v. Nestle Suisse S.A., et al.~~  Vacated 5/1/08
NYS 1  08-1570   VME Distributors, Inc. v. Cadbury Adams Canada, Inc., et al.
NYS 1  08-1960   Card & Party Mart II Ltd. v. Cadbury Adams Canada, Inc., et al.

**PENNSYLVANIA EASTERN**
PAE 2  08-368    Canteen Co. of Utica-Rome, Inc. v. The Hershey Co., et al.
PAE 2  08-376    Donald Webster v. The Hershey Co., et al.
PAE 2  08-772    Brookshire Brothers, Ltd. v. The Hershey Co., et al.
PAE 2  08-810    Paula Wolner v. The Hershey Co., et al.
PAE 2  08-942    Pitco Foods v. Cadbury Adams Canada, Inc., et al.
PAE 2  08-1136   The Kroger Co., et al. v. Cadbury Schweppes PLC, et al.
PAE 2  08-1155   Meijer, Inc., et al. v. The Hershey Co., et al.
PAE 2  08-1182   Publix Super Markets, Inc. v. Cadbury Schweppes PLC, et al.
PAE 2  08-1223   Affiliated Foods, Inc. v. The Hershey Co., et al.
PAE 2  08-1365   CVS Pharmacy, Inc., et al. v. Cadbury Adams Canada, Inc., et al.

**PENNSYLVANIA WESTERN**
PAW 2  08-414    Giant Eagle, Inc. v. The Hershey Co., et al.

**TENNESSEE EASTERN**
~~TNE 2  08-51~~    ~~Cyrus T.G., Inc., et al. v. The Hershey Co., et al.~~  Opposed 5/6/08

**TEXAS EASTERN**
TXE 6  08-21     Lori Ann Hongach v. The Hershey Co., et al.
TXE 6  08-90     Esther Naomi Lieberman v. The Hershey Co., et al.

**WISCONSIN EASTERN**
WIE 2  08-131    Debra L. Damaske, et al. v. The Hershey Co., et al.

**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

May 16, 2008

**United States District Court-Middle District of Pennsylvania**
**228 Walnut Street, Room 1060**
**Harrisburg, PA 17108-0983**

RE: CV 08-00543 JSW  JOHN CANDIDO-v-HERSHEY COMPANY

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    *[signature]*

    by:  Hilary D. Jackson
    Case Systems Administrator

Enclosures
Copies to counsel of record