ORIGINAL

Roxann E. Henry (DC Bar No. 231282; *pro hac vice to be submitted*)
Peter E. Moll (DC Bar No. 351569; *pro hac vice to be submitted*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 383-6503
Fax: (202) 383-6610
Email: henryr@howrey.com
       mollp@howrey.com

Leigh A. Kirmssé (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Telephone : (415) 848-4993
Facsimile : (415) 848-4999
Email: kirmssel@howrey.com

Attorneys for Nestlé USA, Inc.

FILED 08 JUL 30 AM 9: 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CANDIDO, on behalf of himself and a class of persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERSHEY COMPANY, et al.,<br><br>Defendants. | Case No. 3:08-cv-00543-JSW<br><br>**DECLARATION OF LEIGH A. KIRMSSÉ REGARDING DEFENDANT NESTLÉ USA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (N.D. CAL. L.R. 7-11, 13-2)** |

I, Leigh A. Kirmssé, declare:

1. I am a partner of the law firm Howrey LLP, counsel of record for Defendant Nestlé USA, Inc., in this action, and duly licensed to practice in all the courts of the State of California. The facts set forth herein are true of my own personal knowledge and if sworn I could and would testify competently thereto.

2. On July 29, 2008, I contacted Stuart M. Paynter of The Paynter Law Firm PLLC, counsel of record for Plaintiff Joshua A. Weaver in the action *Weaver v. Nestlé USA, Inc.*, Case No. CGC-08-476890 (San Francisco County Superior Court) (Federal case number not yet known), for which action Defendant Nestlé USA has filed a Notice of Removal to this Court and seeks a Related Case Order. I explained to Mr. Paynter why Defendant believes this action is "related," as that term is defined by Local Rule 3-12, to the action titled *John Candido v. The Hershey Company et al.*, Case 3:08-cv-00543-JSW, previously filed in this Court on January 24, 2008. I asked Mr. Paynter to stipulate to an order relating these two cases pursuant to Local Rule 3-12. Mr. Paynter declined to so stipulate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2008, at San Francisco, California.

Leigh A. Kirmssé

21366117

-2-
DECL. OF LEIGH A. KIRMSSÉ RE ADMIN. MTN. TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:08-cv-00543-JSW