1  Roxann E. Henry (DC Bar No. 231282; *pro hac vice to be submitted*)
   Peter E. Moll (DC Bar No. 351569; *pro hac vice to be submitted*)
2  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
3  Washington, DC 20004
4  Tel.: (202) 383-6503
   Fax: (202) 383-6610
5  Email: henryr@howrey.com
           mollp@howrey.com
6
7  Leigh A. Kirmssé (SBN 161929)
   HOWREY LLP
8  525 Market St., Suite 3600
   San Francisco, CA 94105-2708
9  Telephone : (415) 848-4993
   Facsimile : (415) 848-4999
10 Email: kirmssel@howrey.com

11 Attorneys for Defendant Nestlé USA, Inc.

12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 JOHN CANDIDO, on behalf of himself and a )
   class of persons similarly situated,       )
18                                             )   Case No. 3:08-cv-00543-JSW
                                               )
19           Plaintiff,                        )
                                               )
20      vs.                                    )   **[PROPOSED] RELATED CASE ORDER RE**
                                               )   **CASE NO. _____**
21 THE HERSHEY COMPANY, et al.,                )
                                               )
22           Defendants.                       )
                                               )
23

24
25
26
27
28

---
[PROPOSED] RELATED CASE ORDER
Case No. 3:08-cv-00543-JSW and Case No. _____

HOWREY LLP

## [PROPOSED] RELATED CASE ORDER

Nestlé USA, Inc., a defendant in both the above captioned action and in the later-filed action *Joshua A. Weaver v. Nestlé USA, Inc.*, Case No. _____, has filed An Administrative Motion to Consider Whether Cases Should Be Related has been filed by pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

3:08-cv-00543-JSW    *John Candido v. The Hershey Company et al.*

_____    *Joshua A. Weaver v. Nestlé USA, Inc.*    ____

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: _____        _____
                                         U.S. District Judge Jeffrey S. White

2136612