Roxann E. Henry (DC Bar No. 231282; *pro hac vice to be submitted*)
Peter E. Moll (DC Bar No. 351569; *pro hac vice to be submitted*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel.:  (202) 383-6503
Fax:  (202) 383-6610
Email: henryr@howrey.com
       mollp@howrey.com

Leigh A. Kirmssé (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Telephone :  (415) 848-4993
Facsimile :  (415) 848-4999
Email:  kirmssel@howrey.com

Attorneys for Nestlé USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CANDIDO, on behalf of himself and a class of persons similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>THE HERSHEY COMPANY, et al.,<br><br>                Defendants. | Case No.  3:08-cv-00543-JSW<br><br>**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 13-2)**<br><br>**RE:**  *Weaver v. Nestlé USA, Inc.*<br>         **Case No. 3:08-cv-03636 JSW** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendant Nestlé USA ("Nestlé) hereby withdraws its Administrative Motion to Consider Whether Cases Should Be Related (the "motion") filed on July 30, 2008.

Defendant maintains that, for the reasons set forth in the motion, the above-captioned action, *Joshua A. Weaver v. Nestlé USA, Inc*. ("*Weaver*") (filed June 28, 2008),  is "related" to *John Candido v. The Hershey Company et al.,* Case 3:08-cv-00543-JSW ("*Candido*") (filed January 24, 2008), as defined by Local Rule 3-12(a).  Defendant further maintains it was required to file the motion because *Candido* "is or was pending in this District."  *See* L.R. 3-12(b).  Defendant thus filed the motion seeking reassignment of *Weaver*, which originally was assigned to Magistrate Judge Maria-Elena James, to Judge Jeffrey S. White, the Judge assigned to the earlier-filed related case *Candido*.

Following receipt of the motion, Judge White's chambers notified Defendant that the Court lacks jurisdiction to enter an order relating *Weaver* to *Candido* because *Candido* had been transferred to the Middle District of Pennsylvania for the consolidated multidistrict litigation proceeding *In re Chocolate Confectionary Antitrust Litigation*, MDL No. 1935.  Near the same time, following Plaintiff's declination to proceed before Magistrate Judge Maria-Elena James, *Weaver* was re-assigned by random assignment to Judge White, rendering the motion moot.  Consequently, in accordance with the Court's request, without compromising any of the grounds stated in the motion, and without prejudice to asserting such arguments in any other context, Defendant withdraws the motion.

Dated:  August 19, 2008        By:    /s/ Leigh A. Kirmssé_____

*Attorneys for Nestlé U.S.A., Inc.*
Leigh A. Kirmssé (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Telephone :  (415) 848-4993
Facsimile :  (415) 848-4999
Email:  kirmssel@howrey.com

Roxann E. Henry (DC Bar No. 231282; *pro hac vice to be submitted*)
Peter E. Moll (DC Bar No. 351569; *pro hac vice to be submitted*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.

```
                                            Washington, DC  20004
                                            Tel.:  (202) 383-6503
                                            Fax:  (202) 383-6610
                                            Email:  henryr@howrey.com
                                                    mollp@howrey.com
```

21407233